Shadd A. Wade, Esq. (11310)
THE COOPER CASTLE LAW FIRM, LLP
5275 South Durango Drive
Las Vegas, Nevada 89113
(702) 435-4175 Telephone
(702) 877-7424 Facsimile
E-Mail: swade@ccfirm.com
*Attorneys for Plaintiff*
*First Horizon Home Loans*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST HORIZON HOME LOANS, a division of First Tennessee Bank, NA<br><br>　　　　Plaintiff,<br>　　　　vs.<br><br>BUILDER'S CAPITAL, INC., a Nevada corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No.  2:11-cv-00586 |

**<u>DEFAULT JUDGMENT AND ORDER</u>**

　　　　Plaintiff FIRST HORIZON HOME LOANS' (hereinafter "Plaintiff" or "FHHLC") Application for Default Judgment ("Application"), having come before the Court, the Court having considered the Application, and good cause appearing therefore,

　　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff First Horizon Home Loans' Application for Default Judgment is hereby granted by the Court.

　　　　**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Application for Default Judgment is entered in favor of Plaintiff and against Defendant BUILDER'S CAPITAL, INC. for the following:

　　　　///

- 1 -

B780

    Actual Damages ………………… $254,813.64
    Attorneys Fees………………..………$3,175.00
    Attorneys Costs………………………...$415.00
    **TOTAL…………………………...$258,403.64**

Total compensatory damages, actual and consequential, in the amount of **$258,403.64**, including reasonable attorney's fees and costs incurred, and for such other and further relief as this Court may deem just and proper in the premises.

**IT IS SO ORDERED** this __20__ day of __June__, 2011

_____
**U.S. District Court Judge
for the District of Nevada**

Respectfully submitted by:

THE COOPER CASTLE LAW FIRM, LLP


   */s/ Shadd A. Wade*
Shadd A. Wade, Esq.
Nevada Bar No. 11310
5275 South Durango Drive
Las Vegas, Nevada 89113
(702) 435-4175 Telephone
*Attorneys for Plaintiff*
*First Horizon Home Loans*

B780